470 A.2d 1030

Commonwealth v. Johnson, Appellant.
Petition for Allowance of Appeal
Denied April 30, 1984.

Submitted October 3, 1983. Francis X. Grabowski, for appellant; C. Theodore

Fritsch, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

The judgment of sentence of the trial court is affirmed.